IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA MAZZELLA,<br>      Plaintiff<br><br>v.<br><br>TROOPER MICHAEL PATRONE,<br>TROOPER ERIN KINGSLEY,<br>CORPORAL CHRISTIAN SALDIBAR,<br>CAPTAIN NORMAN CRAMER,<br>LIEUTENANT JOSEPH SPARICH, and<br>LIEUTENANT DEVON BRUTOSKY,<br>      Defendants | : No. 3:22cv1872<br>:<br>: (Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 23rd day of August 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that the defendants' partial motion to dismiss (Doc. 16) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court